**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| N.B., A MINOR, BY HER PARENTS, NATURAL GUARDIANS, AND NEXT FRIENDS DWAN BRAY AND AARON BRAY, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| BON SECOURS MERCY HEALTH, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

CASE NO. 1:20-CV-699

DISTRICT JUDGE TIMOTHY S. BLACK

Magistrate Judge Karen L. Litkovitz

**JOINT MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL BRIEFING REGARDING PLAINTIFF'S MOTION FOR REMAND**

**MOTION**

Plaintiffs, N.B. a Minor, by her Parents, Natural Guardians, and Next Friends Dwan Bray and Aaron Bray, and Defendant United States of America jointly request leave to submit further briefing regarding Doc#:20, Plaintiff's Motion for Remand with Leave to Conduct Jurisdictional Discovery ("Motion to Remand"), PageID#:332-342. Further, the parties jointly request that this Court adopt the following briefing schedule:

> Plaintiffs' Supplemental Memorandum in Support of Motion to Remand shall be filed within 30 days of any Order from this Court granting the Parties' Joint Motion;

> The United States' Supplemental Memorandum in Opposition to Motion to Remand shall be filed within 30 days after the filing of Plaintiffs' Supplemental Memorandum; and

> Plaintiffs' Supplemental Reply in Support of Motion to Remand shall be filed within 14 days after the filing of the United States' Supplemental Memorandum.

A Memorandum in support of this request follows.

FLOWERS & GRUBE
Terminal Tower, 40th Floor
50 Public Sq.
Cleveland, Ohio 44113
(216) 344-9393
Fax: (216) 344-9395

Respectfully Submitted,

*/s/ Myles J. Poster*

Myles J. Poster, Esq. (PHV001)
**WAIS, VOGELSTEIN, FORMAN, KOCH & NORMAN, LLC**
1829 Reisterstown Road, Suite 425
Baltimore, Maryland 21208
T: (410) 998-3600
F: (410) 998-3680
myles@malpracticeteam.com

*/s/ Daniel N. Moore*

Daniel N. Moore, Esq. (#0076430)
Donald C. Moore, Jr., Esq. (#0003945)
Kelly W. Thye, Esq. (#0073630)
**THE MOORE LAW FIRM**
1060 Nimitzview Drive, Suite 200
Cincinnati, Ohio 45230
danmoore@moorelaw.com

*/s/ Louis E. Grube*

Paul W. Flowers, Esq. (#0046625)
Louis E. Grube, Esq. (#0091337)
**FLOWERS & GRUBE**
Terminal Tower, 40th Floor
50 Public Square
Cleveland, Ohio 44113
(216) 344-9393
pwf@pwfco.com
leg@pwfco.com

*Attorneys for Plaintiffs, N.B. a Minor, by her Parents, Natural Guardians, and Next Friends Dwan Bray and Aaron Bray*

KENNETH L. PARKER
United States Attorney

*/s/ Margaret Castro*

Margaret A. Castro, Esq. (#0078968)
Assistant United States Attorney
Attorney for Federal Defendant
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
T: (513) 684-3711
F: (513) 684-6972
Margaret.Castro@usdoj.gov

FLOWERS & GRUBE
Terminal Tower, 40th Floor
50 Public Sq.
Cleveland, Ohio 44113
(216) 344-9393
Fax: (216) 344-9395

## **MEMORANDUM**

On June 8, 2021, this Court granted leave to conduct jurisdictional discovery as the Motion to Remand remained "pending." *Doc#:26, Order Granting Motion for Leave to Conduct Discovery, PageID#:514-525*. The Court directed that it would "consider Plaintiffs' motion for remand (Doc. 20)" and hold "a hearing on the motion for remand" at the conclusion of the jurisdictional discovery period. *Id., PageID#:525*.

Consistent with that order, the parties provided the Court with a Joint Status Report by email on September 3, 2021. As discovery progressed, the parties jointly requested an extension of the period for jurisdictional discovery in order to complete two depositions pursuant to Fed. R. Civ. P. 30(b)(6). *Doc#:30, Joint Motion to Extend Jurisdictional Discovery Period, PageID#:573-576*. This request has not yet been ruled upon, although the Fed. R. Civ. P. 30(b)(6) depositions have been completed.

The parties now agree that all necessary jurisdictional discovery has been completed. While the positions of the parties have not changed, there is agreement that further briefing would be the best avenue in advance of a hearing for developing those positions based upon the factual materials that have been generated and exchanged. Further, supplemental memoranda will avoid surprise, narrow the issues, and streamline any hearing this Court decides to hold.

FLOWERS & GRUBE
Terminal Tower, 40th Floor
50 Public Sq.
Cleveland, Ohio 44113
(216) 344-9393
Fax: (216) 344-9395

## CONCLUSION

In the interest of fairness and justice, this Court should grant leave to submit further briefing regarding Doc#:20, Motion to Remand, PageID#:332-342, and set a briefing schedule as described in the foregoing Motion.

Respectfully Submitted,

*/s/ Myles J. Poster*
Myles J. Poster, Esq. (PHV001)
**WAIS, VOGELSTEIN, FORMAN, KOCH & NORMAN, LLC**

*/s/ Daniel N. Moore*
Daniel N. Moore, Esq. (#0076430)
Donald C. Moore, Jr., Esq. (#0003945)
Kelly W. Thye, Esq. (#0073630)
**THE MOORE LAW FIRM**

*/s/ Louis E. Grube*
Paul W. Flowers, Esq. (#0046625)
Louis E. Grube, Esq. (#0091337)
**FLOWERS & GRUBE**

*Attorneys for Plaintiffs, N.B. a Minor, by her Parents, Natural Guardians, and Next Friends Dwan Bray and Aaron Bray*

KENNETH L. PARKER
United States Attorney

*/s/ Margaret Castro*
Margaret A. Castro, Esq. (#0078968)
Assistant United States Attorney
Attorney for Federal Defendant

FLOWERS & GRUBE
Terminal Tower, 40th Floor
50 Public Sq.
Cleveland, Ohio 44113
(216) 344-9393
Fax: (216) 344-9395

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2022, the foregoing **Motion** was filed electronically. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. *Loc. R. 5.2(b)*. Parties may access this filing through the court's system.

*s/ Louis E. Grube*
Louis E. Grube, Esq. (#0091337)
**FLOWERS & GRUBE**

*Attorney for Plaintiffs, N.B. a Minor, by her Parents, Natural Guardians, and Next Friends Dwan Bray and Aaron Bray*

FLOWERS & GRUBE
Terminal Tower, 40th Floor
50 Public Sq.
Cleveland, Ohio 44113
(216) 344-9393
Fax: (216) 344-9395