# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| N.B., a Minor, by her Parents, Natural Guardians, and Next Friends DWAN BRAY and AARON BRAY, | : : : : | Case No. 1:20-cv-699 |
| Plaintiffs, | : : | District Judge Timothy S. Black |
| v. | : : | |
| BON SECOURS MERCY HEALTH, INC., *et al.*, | : : : | |
| Defendants. | : | |

**NOTICE OF FILING EXHIBITS TO UNITED STATES OF AMRERICA'S RESPONSE IN OPPOSITION TO SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REMAND**

Defendant, United States of America respectfully notifies the Court of the filing of the exhibits to the United States of America's Response in Opposition to Supplemental Memorandum in Support of Motion to Remand in this case.

Respectfully Submitted,

KENNETH L. PARKER
United States Attorney

s/ *Margaret A. Castro*
MARGARET A. CASTRO (#0078968)
Assistant United States Attorney
Attorney for the United States of America
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6972
Margaret.Castro@usdoj.gov